USDC SCAN INDEX SHEET

















LMH 8/29/05 8:17

3:04-CV-01237 DAVIS V. SAFECO INSURANCE CO

*53*

*SCHEDO.*

FILED
05 AUG 26 AM 10:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA DAVIS AND DANIEL DAVIS, Plaintiffs, v. SAFECO INSURANCE COMPANY OF AMERICA, et al., Defendants. | ) | Civil No. 04cv1237-BEN (NLS) **ORDER GRANTING STIPULATION TO EXTEND CERTAIN PRETRIAL DATES** |

The parties have submitted a joint stipulation requesting that the Court extend certain pretrial dates. They assert that additional time is needed to prepare the transcripts of depositions of the percipient witnesses and have them reviewed by their experts before they can complete expert discovery. They request that the Court extend the expert discovery deadline to September 30, 2005, and extend the remaining pretrial dates accordingly. Good causing appearing, IT IS HEREBY ORDERED that the Court's scheduling order filed December 9, 2004, is modified as follows:

1. Expert discovery shall be completed by all parties on or before ***September 30, 2005***. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, *so that it may be completed* by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). All discovery motions shall be filed within 30 days after counsel have met and conferred and reached an



impasse with regard to any particular discovery issue, but in no event shall discovery motions be filed more than 30 days after the close of discovery.

2. All other pretrial motions must be filed so that they may be heard on or before ***October 21, 2005***. Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. For example, you should contact the judge's law clerk in advance of the motion cut-off to calendar the motion. Failure to make a timely request for a motion date may result in the motion not being heard.

3. A Mandatory Settlement Conference shall be conducted on ***November 2, 2005*** at ***2:00 p.m.*** in the chambers of Magistrate Judge Nita L. Stormes. Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers no later than ***October 28, 2005***. **All parties are ordered to read and to fully comply with the attached SETTLEMENT CONFERENCE PROCEDURES.**

4. Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before ***January 6, 2006.***

5. Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before ***January 6, 2006***.

6. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before ***January 13, 2006***.

7. Objections to pre-trial disclosures shall be filed no later than ***January 13, 2006***.

8. The Proposed Final Pretrial Conference Order required by Local Rule 16.1(f)(6) shall be prepared, served, and lodged on or before ***January 23, 2006***.

9. The final Pretrial Conference is scheduled on the calendar of Judge Benitez on ***January 30, 2006*** at ***10:30 a.m.***

///

///

///

10. All other terms and conditions of the Court's scheduling order filed December 9, 2004 shall remain in full force and effect.

IT IS SO ORDERED.

Dated: 8-25-05

NITA L. STORMES
United States Magistrate Judge

**Chambers of**
**Nita L. Stormes**
**United States Magistrate Judge**

## SETTLEMENT CONFERENCE PROCEDURES

### Attendance

All parties, adjusters for insured defendants, and other representatives of a party **having full and complete authority to enter into a binding settlement**, and the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss settlement of the case. Failure of any of the aforementioned to appear **in person** will result in the imposition of sanctions. Where settlement authority rests with a governing body, counsel shall propose special arrangements in advance for securing timely authority to settle.

### Settlement Conference Briefs

All parties are required to lodge a **confidential** settlement brief **three court days** prior to the Settlement Conference. Settlement briefs should not exceed ten (10) pages in length, double spaced, exclusive of exhibits, if any. Copies of all documents that might enhance the productivity of negotiations (e.g., contracts, key correspondence or memos, reports of experts, photos, medical bills, wage loss statements, selected pages from deposition transcripts or responses to other discovery) should be attached as exhibits to the settlement briefs with significant portions highlighted for easy reference. Parties may also attach as exhibits helpful judicial opinions and information about the settlement or judgment value of comparable cases.

* * * *

**IN ADDITION TO THE ABOVE INFORMATION, EACH BRIEF SHALL SET FORTH AT A MINIMUM, THE FOLLOWING "REQUIRED" CONFIDENTIAL INFORMATION:**

* * * *

(1) A brief analysis of the key issues involved in the litigation;
(2) A description of the strongest and weakest legal and factual points in the party's case;
(3) A description of the strongest and weakest legal and factual points in the opponent's case;
(4) The status of any settlement negotiations, including the last settlement proposal made by each party; and
(5) The settlement proposal that the party is willing to make in order to conclude the matter and spare the further expense of litigation.

Parties should hand deliver or mail the **original only** of settlement briefs directly to chambers. FAX briefs will not be accepted. Briefs must be **received in chambers** no later than **three (3) court days** before the Settlement Conference. ***Settlement briefs are confidential and shall not be served on opposing parties nor shall they be filed with the Clerk of the Court***. Briefs submitted by mail should be sent to:

Honorable Nita L. Stormes
United States Magistrate Judge
U.S. Courthouse
940 Front Street, Room 1118
San Diego, California 92101-8921