















LMH   11/7/05   14:27
3:04-CV-01237   DAVIS V. SAFECO INSURANCE CO
*54*
*MO.*

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Davis v. Safeco                                    Case No: 04cv1237-BEN (NLS)

HON. Nita L. Stormes         CT. DEPUTY Lynnette Lawrence                    Rptr.

Present

Plaintiff(s):

Defendant(s):

      On November 2, 2005, the Court convened a Mandatory Settlement Conference ("MSC") in this case. The case did not settle. However, at the close of the MSC the Court made a settlement recommendation and gave the parties until November 7, 2005 to advise the Court whether they will accept this recommendation.

DATE: November 2, 2005                                    INITIALS: _____ Deputy

RECEIVED IN
DOCKETING

NOV - 7