Case 3:04-cv-01237-BEN-NLS   Document 65   Filed 01/30/06   PageID.1098   Page 1 of 2

USDC SCAN INDEX SHEET










RYC   1/31/06   14:46
3:04-CV-01237   DAVIS V. SAFECO INSURANCE CO
*65*
*MO.*



# Minutes of the United States District Court
## Southern District of California
### Monday, January 30, 2006

2004CV01237-BEN(NLS)

**For the Honorable:** Roger T. Benitez   District Judge
**Deputy Clerk:** Glenn Rivera   **Court Reporter/ECR:** Gayle Wakefield

**On Calendar:**

2004CV01237-BEN(NLS)         Davis vs Safeco Insurance Co
                             Raymond Harold Goettsch   310 597-0029
                             John K. Saur   949 768-2900

**MOTION IN LIMINE HRG**
**PRETRIAL CONF**

---

**Minutes:**
ATTY FOR PLAINTIFF: JOHN K. SAUR
ATTYS FOR DEFT: RAYMOND HAROLD GOETTSCH, ANDRES C. HURWITZ

JURY TRIAL SET FOR 5/2/06 AT 9:30AM
PRETRIAL CONFERENCE AND MOTION IN LIMINE HRG CONTINUED TO 3/6/06 AT 10:30AM

COURT GIVES 2 DAYS FOR PLAINTIFF, 2 DAYS FOR DEFT, HALF DAY FOR REBUTTAL, HALF DAY FOR SUR REBUTTAL, ONE DAY FOR VOIR DIRE AND CLOSING

COURT ORDERS ALL PARTIES TO SUBMIT WITNESS LIST, DESCRIPTION OF WITNESS TESTIMONY, AND ESTIMATED TIME OF EACH WITNESS TESTIMONY, TO THE COURT WITHIN 30 DAYS FROM TODAY

COURT ORDERS ALL PARTIES TO MEET-AND-CONFER REGARDING EVIDENCE AND STIPULATED EXHIBITS